**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Tracy Lynn PETTY, Defendant—
Appellant.**

No. 08–7939.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 19, 2009.

Tracy Lynn Petty, Appellant Pro Se.
Amy Elizabeth Ray, Assistant United
States Attorney, Asheville, North Carolina,
for Appellee.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tracy Lynn Petty appeals the district
court's order denying relief on her motion
for reduction of sentence filed pursuant to
18 U.S.C. § 3582(c)(2) (2006). We find no
reversible error and we thus affirm for the
reasons stated by the district court. *Unit-
ed States v. Petty*, No. 3:04–cr–00250–
RJC–CH–5, 2008 WL 3992165 (W.D.N.C.
Aug. 27, 2008). We deny Petty's motion
for appointment of counsel, and we dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*